In the Matter of Edward G. BRISSETTE, Bankrupt, Gene Paul Master, Bankrupt, and Michael Anthony Simon, Bankrupt.

No. 75–3288.

United States Court of Appeals, Ninth Circuit.

Nov. 25, 1977.

Before HUFSTEDLER, GOODWIN, and ANDERSON, Circuit Judges.

ORDER

We had no occasion to and we did not reach the question of the effect of the Consumer Credit Protection Act (15 U.S.C. §§ 1671 *et seq.* (1971)) in states with wage earner exemption schemes different from California's, nor do we express any opinion upon the preemptive effect, if any, of the Consumer Credit Protection Act, on such other state laws which Section 6 of the Bankruptcy Act adopts.

The petitions for rehearing are denied.